**Order filed July 17, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-01041-CR**

_____

**SIMEON DESHON STATEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374615**

---

## O R D E R

The clerk's record was filed December 10, 2013. Appellant has filed a motion to extend time to file his brief that asserts relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the trial court's charge to the jury for the guilt/innocence phase of the trial; and (2) the jury's verdict on guilt/innocence. Appellant's motion states that in answer to an attempt to supplement the record on appeal, he was informed the items are under seal. However, the clerk's record contains no sealing order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 28, 2014, containing (1) the trial court's charge to the jury for the guilt/innocence phase of the trial and (2) the jury's verdict on guilt/innocence.

If the omitted items were sealed in the trial court, the Harris County District Clerk is directed to file (1) the sealing order; and (2) the supplemental clerk's record under seal.

If an omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM